# EXHIBIT A

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000



Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477
Phone:  Work:  Ext:
Fax:  *Mobile: (708)308-3874
P.O. No:  Tax No:  Tax Exempt: No
Comments: ACCY INSTALL

W.O. Number: 61760
Appointment: 7/19/2019 2:00PM  Mileage In: 36
Offered Back: 7/20/19 12:00PM  Mileage Out: 38
Year: 2019  Shop Tag:
Mfg: HD  Plate No:
Model: FLHTCUTG  Service Advisor: SLD
VIN: 1HD1MAF15KB859444  Sold By: CLW
Color: MDNTBLU/BARSLVR W/PIN  Invoice No: 120289
Ref. No.:  Dlr. Lic #:

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Amount |
|---|---|---|---|---|

Work Order Notes: RESET SECURITY PIN TO -----11658

T.PAK ARMRESTS ON BO TIL 8/7/19---CLW

SPOKE TO CUST 7/20/19 @ 3:58PM, WILL PU A WEEK FROM MONDAY ---CLW

Event Number: 1  Type: R
Description: INSTALL ACCESSORIES

| | | | | |
|---|---|---|---|---|
| 1801-0823 | MUFFLERS W/BT TRIGLIDE | 1.00 | 0.00 | 0.00 |
| 52423-09A | ADJ RIDER BACKREST,COMFOR | 1.00 | 0.00 | 0.00 |
| 54099-10 | INSTL KIT,ADJ BCKRST-TRIK | 1.00 | 0.00 | 0.00 |
| 56100255 | STREAMLINER HEATED HAND G | 1.00 | 0.00 | 0.00 |
| 57400224 | WINDSHIELD,TALL(15),CLEAR | 1.00 | 0.00 | 0.00 |
| 61400617 | KIT,TRIM,FLAG,AMERICAN,PR | 1.00 | 0.00 | 0.00 |
| 65900012 | CLAMP,MUFFLER | 3.00 | 0.00 | 0.00 |
| 69201599A | KIT,HARN/WRG,ELEC,CONNECT | 1.00 | 0.00 | 0.00 |
| 79179-08 | AIR WING T-PAK LUGGAGE RA | 1.00 | 0.00 | 0.00 |
| LABOR | Job Code: 0  Tech: JRP | 5.00 | 107.00 | 535.00 |
| Work Description: | INSTALL ACCESSORIES | | | |

Sub-total For Event (without Tax):  535.00

Event Number: 2  Type: R
Description: APPEARANCE PACKAGE RO# 61686

Sub-total For Event (without Tax):  0.00

*2019 FLHTCUTG* (handwritten)

7/12/2019
5:52PM

17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
Phone:(708) 623-6000
Fax:(708) 633-8748

**QUOTE**

Quote Number: 109,455

Console No: 062  Sold By: GLM
State Tax Package: 3

Customer Number: 46560
ASSISE, ROBERT
17710 IROQUOIS TRACE
TINLEY PARK, IL, 60477

Phone:
Work:  Ext:
Fax:
P.O. No:
Tax Exempt: No    Tax No:

| Item Number | Description | Delivered Quantity | Special Order Quantity | Retail Price | | Bin 1 Location | Bin 2 Location | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| 0822-0245 | ARMRESTS HD TOURPAK | 0 | 1.00 | 349.99 | | | | 349.99 |
| 1801-0823 | MUFFLERS W/BT TRIGLIDE | 0 | 1.00 | 724.99 | | | | 724.99 |
| 52423-09A | ADJ RIDER BACKREST,COMFOR | 1 | 0.00 | 124.99 | 18.75 | 126-A | | 106.24 |
| 54099-10 | INSTL KIT,ADJ BCKRST-TRIK | 0 | 1.00 | 219.95 | 32.99 | 126-E | | 186.96 |
| 56100255 | STREAMLINER HEATED HAND G | 1 | 0.00 | 279.95 | 41.99 | GG | | 237.96 |
| 57400224 | WINDSHIELD,TALL(15),CLEAR | 0 | 1.00 | 134.95 | 20.24 | 507-B | | 114.71 |
| 61400617 | KIT,TRIM,FLAG,AMERICAN,PR | 1 | 0.00 | 64.95 | 9.74 | NN | 132-E | 55.21 |
| 65900012 | CLAMP,MUFFLER | 3 | 0.00 | 8.24 | 1.24 | PS | | 21.00 |
| 69201599A | KIT,HARN/WRG,ELEC,CONNECT | 1 | 0.00 | 34.95 | 5.24 | 117-A | | 29.71 |
| 79179-08 | AIR WING T-PAK LUGGAGE RA | 1 | 0.00 | 199.95 | 29.99 | 121 | | 169.96 |

*Handwritten:*
PARTS  1996.73
LABOR   749.00
$2745.73
$749.00 LBR.

***

!!!THIS IS A QUOTE--NOT A RECEIPT!!!

PRICES MAY BE SUBJECT TO CHANGE.

Item Total: 2159.39
Discount: 162.66
Subtotal: 1,996.73
Other Tax & Fees Total: 0.00
Sales Tax Total: 194.68
Total Amount Due: 2191.41

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000



| | | |
|---|---|---|
| Customer: 46560 | | W.O. Number: 62254 |
| ASSISE, ROBERT M | Appointment: 8/30/2019 2:21PM | Mileage In: 360 |
| 17710 IROQUOIS TRACE | Offered Back: 9/9/19 12:00PM | Mileage Out: 361 |
| | Year: 2019 | Shop Tag: |
| TINLEY PARK, IL 60477 | Mfg: HD | Plate No: |
| Phone:  Work:  Ext: | Model: FLHTCUTG | Service Advisor: NGT |
| Fax:  *Mobile: (708)308-3874 | VIN: 1HD1MAF15KB859444 | Sold By: CLW |
| P.O. No:  Tax No:  Tax Exempt: No | Color: MDNTBLU/BARSLVR W/PIN | Invoice No: 125422 |
| Comments: PASSENGER ARMREST | Ref. No.: | Dlr. Lic #: |

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Amount |
|---|---|---|---|---|
| Work Order Notes: | BA 9/9 INSTALLED L SIDE COVER INSTALED T PAC ARM RESTS PASSENGER ARMREST / GIVE SIDE TO BE TAKEN OFF TO LARRY IN SALES | | | |
| | 9/10/19 1:35 CC UNIT WILL BE READY FOR PU TOMORROW MID TO LATE MORNING (24 HOURS FOR PAINT PROTECTION TO DRY) -- SD | | | |
| Event Number: 1 | Type: R | | | |
| Description: | PASSENGER ARM REST | | | |
| Customer States: | PASSENGER ARM REST | | | |
| 0822-0245 | ARMRESTS HD TOURPAK | 1.00 | 0.00 | 0.00 |
| LABOR | Job Code: 0 Tech: BRA | 2.00 | 107.00 | 214.00 |
| Work Description: | PASSENGER ARM REST | | | |
| | | Sub-total For Event (without Tax): | | 214.00 |
| Event Number: 2 | Type: R | | | |
| Description: | INSTALL RIGHT PANEL SIDE | | | |
| Customer States: | INSTALL RIGHT PANEL SIDE - PART IN SERVICE PART RACK | | | |
| | | Sub-total For Event (without Tax): | | 0.00 |

Chi-Town Harley-Davidson thanks you for your business and trust. Our goal is your satisfaction. Warranty on OEM parts is 90 days and all aftermarket warranties require prior approval and do vary by manufacturer. Labor on all accessories is not warrantied. All Customer and/or Take off parts not picked up within 5 days will be disposed of. All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Repair estimates are good for 30 days from date of completed estimate

| | |
|---|---|
| SO/Layaway Deposit: | 0.00 |
| Work Order Deposit: | 214.00 |
| Item Total: | 0.00 |
| Labor Total: | 214.00 |
| Contract Labor: | 0.00 |
| Shop Supplies: | 0.00 |
| Total Deductible(s): | 0.00 |
| Storage Fee: | 0.00 |
| Tax/Fee Charges: | 0.00 |
| Tire User Tax: | 0.00 |
| Total Amount: | 214.00 |
| Total Received: | 0.00 |
| Change Tendered: | 0.00 |

X _____   _____
Customer Signature                 Date

| | | | |
|---|---|---|---|
| 9/30/19 | | WORK ORDER BILLING | Page:1 |
| 6:28PM | | Customer Copy | |

*Handwritten:* LABOR / heel guard / kit light ass'ry

CHI-TOWN HARLEY-DAVIDSON
17801 S LA-GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000

W.O. Number: 62562

Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477

Phone:　Work:　Ext:
Fax:　*Mobile: (708)308-3874
P.O. No:　Tax No:　Tax Exempt: No
Comments: BOOTGUARD AND LUGGAGE RACK LIGHT

Appointment: 9/30/2019　9:14AM　Mileage In: 430
Offered Back: 9/30/19　5:36PM　Mileage Out: 431
Year: 2019　Shop Tag:
Mfg: HD　Plate No:
Model: FLHTCUTG　Service Advisor: NGT
VIN: 1HD1MAF15KB859444　Sold By: SLD
Color: MDNTBLU/BARSLVR W/PIN　Invoice No: 127092
Ref. No.:　Dlr. Lic #:

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Discount | Extended Amount |
|---|---|---|---|---|---|
| Event Number: 1 | Type: R | | | | |
| Description: | BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |
| Customer States: | BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |
| 50500225 | RIDER FOOTBOARD HEEL GUAR | 1.00 | 69.95 | 13.99 | 55.96 |
| 68000112 | KIT-LIGHT,AIR WING,T-PAK, | 1.00 | 69.95 | 13.99 | 55.96 |
| LABOR | Job Code: 0　Tech: MEL | 1.50 | 107.00 | 0.00 | 160.50 |
| Work Description: | BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |
| Work Resolution: | INSTALLED BOOTGUARD AND LUGGAGE RACK LIGHT | | | | |

Sub-total For Event (without Tax): 272.42

**Check/Credit Card Details**
Merchant ID: 576231
EPP Inv ID: 1000072889　Emp #:　121

| Type | Number | Amount |
|---|---|---|
| _VS | XXXX-XXXX-XXXX-0962 | 169.31 |

Chi-Town Harley-Davidson thanks you for your business and trust. Our goal is your satisfaction. Warranty on OEM parts is 90 days and all aftermarket warranties require prior approval and do vary by manufacturer. Labor on all accessories is not warrantied. All Customer and/or Take off parts not picked up within 5 days will be disposed of. All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Repair estimates are good for 30 days from date of completed estimate

| | |
|---|---|
| Credit Card: | 169.31 |
| SO/Layaway Deposit: | 122.84 |
| Work Order Deposit: | 0.00 |
| Discount: | 27.98 |
| Item Total: | 111.92 |
| Labor Total: | 160.50 |
| Contract Labor: | 0.00 |
| Shop Supplies: | 8.03 |
| Total Deductible(s): | 0.00 |
| Storage Fee: | 0.00 |
| Tax/Fee Charges: | 11.70 |
| Tire User Tax: | 0.00 |
| Total Amount: | 292.15 |
| Total Received: | 169.31 |
| Change Tendered: | 0.00 |

X _____　_____
Customer Signature　Date

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000



Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477
Phone: 
Work: 
Ext: 
Fax: 
*Mobile: (708)308-3874
P.O. No: 
Tax No: 
Tax Exempt: No
Comments: HITCH & HARNESS PAID OTC

Appointment: 7/09/2021 1:30PM
Offered Back: 7/9/21 5:41PM
Year: 2019
Mfg: HD
Model: FLHTCUTG
VIN: 1HD1MAF15KB859444
Color: MDNTBLU/BARSLVR W/PIN
Ref. No.:

W.O. Number: 68246
Mileage In: 851
Mileage Out: 852
Shop Tag:
Plate No:
Service Advisor: NGT
Sold By: LAD
Invoice No: 194443
Dlr. Lic #:

| Item Number / Job Code | Item Description / Labor Description | Delivered Quantity / Hours | Price Each / Hourly Rate | Extended Amount |
|---|---|---|---|---|
| Work Order Notes: | HITCH & HARNESS PAID OTC | | | |
| | HITCH & HARNESS INSTALLED | | | |
| **Event Number: 1** | **Type: R** | | | |
| Description: | HITCH & HARNESS PAID OTC | | | |
| Customer States: | HITCH & HARNESS PAID OTC | | | |
| 0502111 | 4" CABLE TIE BLK (100) | 5.00 | 0.99 | 4.95 |
| 0502141 | 7" CABLE TIE BLK (100) | 5.00 | 0.99 | 4.95 |
| 3902-0095 | HITCH RECV 11-19 HD TRIKE | 1.00 | 327.99 | 327.99 |
| 3902-0159 | HARNESS TRAILR FLHX 14-19 | 1.00 | 126.99 | 126.99 |
| LABOR | Job Code: 0 Tech: MWB | 2.00 | 117.00 | 234.00 |
| Work Description: | HITCH & HARNESS PAID OTC | | | |
| | | Sub-total For Event (without Tax): | | 698.88 |

*(handwritten: 327.99, 2566)*

**Check/Credit Card Details**
Merchant ID: 576231
EPP Inv ID: 1000114470  Emp #: 10087

| Type | Number | Amount |
|---|---|---|
| _VS | XXXX-XXXX-XXXX-0520 | 257.70 |

| | |
|---|---|
| Credit Card: | 257.70 |
| SO/Layaway Deposit: | 499.34 |
| Work Order Deposit: | 0.00 |

Chi-Town Harley-Davidson thanks you for your business and trust. Our goal is your satisfaction. Warranty on OEM parts is 90 days and all aftermarket warranties require prior approval and do vary by manufacturer. Labor on all accessories is not warrantied. All Customer and/or Take off parts not picked up within 5 days will be disposed of. All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Repair estimates are good for 30 days from date of completed estimate

| | |
|---|---|
| Item Total: | 464.88 |
| Labor Total: | 234.00 |
| Contract Labor: | 0.00 |
| Shop Supplies: | 11.70 |
| Total Deductible(s): | 0.00 |
| Storage Fee: | 0.00 |
| Tax/Fee Charges: | 46.46 |
| Tire User Tax: | 0.00 |
| Total Amount: | 757.04 |
| Total Received: | 257.70 |
| Change Tendered: | 0.00 |

X _____   _____
Customer Signature                    Date

| | | | |
|---|---|---|---|
| 11/1/19 | WORK ORDER ESTIMATE | | Page: 1 |
| 4:17PM | DEALER COPY | | |

CHI-TOWN HARLEY-DAVIDSON
17801 S LA GRANGE
TINLEY PARK, IL 60487-0000
(708) 623-6000

Customer: 46560
ASSISE, ROBERT M
17710 IROQUOIS TRACE

TINLEY PARK, IL 60477

| | | | |
|---|---|---|---|
| Phone: | Work: | Ext: | |
| Fax: | *Mobile: (708)308-3874 | | |
| P.O. No: | Tax No: | Tax Exempt: No | |
| Comments: 1K SERVICE 20W/50 CHROME FILTER | | | |

W.O. Number: 62845
Appointment: 11/1/19 11:00AM  Mileage In: 802
Offered Back: 11/1/19 2:15PM  Mileage Out: 803
Year: 2019                     Shop Tag:
Mfg: HD                        Plate No:
Model: FLHTCUTG                Service Advisor: NGT
VIN: 1HD1MAF15KB859444         Sold By: NGT
Color: MDNTBLU/BARSLVR W/ Invoice No: 0
Ref. No.:                      Dlr. Lic #:

Extended Amount

**Event Number: 1    Type: R**
**Description:** 1K SERVICE 20W/50 CHROME FILTER

| | | | | |
|---|---|---|---|---|
| 089093000 | MULTI PURPOSE SOLVENT | 1.00 | 6.30 | 6.30 |
| 17369-06 | GASKET SERVICE KIT, 1K, 5 | 1.00 | 5.31 | 5.31 |
| 62600004 | FORMULA+,1-QT,BTL | 2.00 | 8.49 | 16.98 |
| 62600007 | H-D 360 20W50,1-QT,BTL | 5.00 | 7.49 ✓ | 37.45 |
| 63798-99A | OIL FILTER, CHROME SUPERP | 1.00 | 14.95 | 14.95 |
| LABOR | Job Code: 0  Tech: JTS1 | 2.50 | 107.00 | 267.50 |
| Work Description: | 1K SERVICE 20W/50 CHROME FILTER | | | |

Sub-total For Event (without Tax):    348.49

SO/Layaway Deposit:   0.00
Work Order Deposits:  0.00

Item Total:           80.99
Labor Total:         267.50
Contract Labor:        0.00
Shop Supplies:        13.38
Storage Fees:          0.00
Tax Total:             9.20
Tire User Tax:         N/A
Deductible(s) Total:   0.00
Work Order Total:    371.07
Deposits:              0.00
Total Balance Due:   371.07

This is an Estimate Only and NOT an Order to Repair.
All customer and/or take off parts not picked up within 5 days will be disposed of.
All completed service motorcycles not picked up within 5 days shall be assessed a $25.00 storage fee per day with out prior approval. Prices subject to change without notice. Repair estimates are good for 30 days from date of completed estimate.

This Is An Estimate Only!
Prices Subject To Change!
Not a Receipt!
* Indicates Special Order Item

X _____    _____
Customer Signature                    Date

Case 2:22-cv-00913-BHL   Filed 08/09/22   Page 7 of 7   Document 1-1